**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BRIAN BOLDEN** **PLAINTIFF**

**v.** **Case No. 4:26-cv-00400-JM**

**CENTRAL ARKANSAS LIBRARY, *et al.*** **DEFENDANTS**

**ORDER**

On April 23, 2026, the Court granted Plaintiff Brian Bolden's motion to proceed *in forma pauperis* (IFP) and screened his Complaint. (Doc. 3). The Court determined that Bolden's civil rights allegations raised against the Central Arkansas Library System ("CALS") main branch staff, Little Rock Police Department ("LRPD") Officer Lora Allen, Doe LRPD Officers, and Sean Ragan were both legally conclusory and factually unsubstantiated. (Doc. 3). Rather than dismiss his Complaint outright, the Court gave Bolden an opportunity to file an amended complaint to more thoroughly present his claims. (*Id.*).

In his amended complaint, Bolden states that he will not "repeat himself." (Doc. 5 at 2). Because Bolden has not cured the deficiencies previously identified, his Complaint and Amended Complaint are DISMISSED without prejudice for failure to state a claim on which relief can be granted. Bolden's motion for leave to proceed IFP (Doc. 4) is duplicative, and DENIED as moot. The Clerk is directed to close this case. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 6th day of October, 2026.

UNITED STATES DISTRICT JUDGE