**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BRIAN BOLDEN** **PLAINTIFF**

**v.** **Case No. 4:26-cv-00400-JM**

**CENTRAL ARKANSAS LIBRARY, *et al*.** **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day and previous Orders of this Court, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 6th day of October, 2026.

UNITED STATES DISTRICT JUDGE